[Circuit Court of Knox County.]

### EDWIN W. HOWARD v. E. T. KINNEY COMPANY.

Decided, October 12, 1906.

*Cognovit Note—Judgment upon, in Defendant's Absence—Pleading—Injunction Against Levy of Execution—Jurisdiction.*

In the absence of a showing of lack of jurisdiction to enter the judgment complained of, injunction will not lie to prevent the levy of execution on a foreign judgment.

BY THE COURT.

In this case the petition shows that judgment was rendered against the plaintiff in the Common Pleas Court of Fulton county on a cognovit note. The allegation that he did not have opportunity to appear and make a defense is not important, because the averment that it was rendered on a cognovit, implies that his appearance was there entered under the terms of that cognovit, and that being true he was in court to all intents and purposes, and if he has a defense to that action, that is the court in which he must make application for relief. It is only where a judgment is void for want of jurisdiction that an injunction will lie to restrain a levy of an execution issued upon that judgment. Finding and decree for defendant; petition of plaintiff dismissed at the costs of plaintiff. Remanded for execution. Motion for new trial overruled and exceptions noted.

*Hugh Neal* and *L. B. Houck,* for plaintiff in error.

*F. V. Owen,* for defendant in error.